IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN BRADY LAYNE,
    Plaintiff,

vs.                              Case No. 3:07cv108/LAC/EMT

JAMES McDONUOGH, et al.,
    Defendants.
_____/

## **ORDER**

       Plaintiff, an inmate proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). The filing fee has not been paid, nor has Plaintiff been granted leave to proceed in forma pauperis.

       On March 14, 2007, Plaintiff was given thirty (30) days in which to file a motion to proceed in forma pauperis (*see* Doc. 4). On April 19, 2007, after no motion was received from Plaintiff, the court issued an order directing Plaintiff to show cause within twenty (20) days for his failure to comply with an order of this court (*see* Doc. 10 at 1). On April 20, 2007, Plaintiff responded and stated that he requested an account statement from prison staff on or about April 7, 2007 (Doc. 11 at 1). Plaintiff further stated that on April 9, 2007, he provided his motion to proceed in forma pauperis and his financial certificate to prison staff for mailing (*id.*). As the court never received his motion, Plaintiff is of the opinion that prison staff failed to transmit it (*id.*). Therefore, Plaintiff requests that the clerk be directed to send him another motion to proceed in forma pauperis and a prisoner consent form and financial certificate (*id.* at 1–2). For good cause stated, the clerk shall be ordered to do so and Plaintiff shall be provided twenty (20) days in which to file a motion to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

1. The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

2. Within **TWENTY (20) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, including an attached computer printout of the transactions in his prison account during the preceding six month period.

3. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 30th day of April 2007.

>  /s/ *Elizabeth M. Timothy*
>  **ELIZABETH M. TIMOTHY**
>  **UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:07cv108/LAC/EMT