IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN BRADY LAYNE,
    Plaintiff,

vs.                                        Case No. 3:07cv108/LAC/EMT

JAMES R. McDONOUGH, et al.,
    Defendants.

_____/

## O R D E R

        This cause is before the court upon Plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed in forma pauperis (Docs. 1, 13).

        Plaintiff's motion to proceed in forma pauperis shall be denied, without prejudice, as it is incomplete. The instructions require that a print-out of the inmate's prison account be provided which covers the six month period prior to the filing of the complaint. In this case, as the complaint was filed March 6, 2007 (*see* Doc. 1 at 8), the period involved is from September 6, 2006 through February 6, 2007. Although Plaintiff submitted a Prisoner Consent Form and Financial Certificate signed by an authorized prison official, as well as a printout from Plaintiff's inmate account, the documents reflect his account activity from January 2007 to April 2007, instead of September 6, 2006 through February 6, 2007 as required (*see, e.g.*, Doc. 4 at 1–2). Thus, before this matter may proceed, Plaintiff must either pay the filing fee of $350.00 or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments. No further action will occur in this case until the matter of the filing fee is resolved.

        Accordingly, it is **ORDERED**:

        1.    Plaintiff's motion to proceed in forma pauperis (Doc. 13) is **DENIED** without prejudice.

2.	The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

3.	Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall either (1) pay the filing fee of $350.00, or (2) submit a fully completed application to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, <u>including an attached computer printout of the transactions in his prison account during the six month period preceding the filing of his complaint</u>.

4.	Plaintiff's failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this 14th day of May 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:07cv108/LAC/EMT